```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 54218
    PAMELA LYNN DILLMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3233


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 03/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED              7189.02           .00         7189.02
WELLS FARGO HOME MORTGAG  CURRENT MORTG       27793.43           .00        27793.43
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE        7737.95           .00         7737.95
VILLAGE OF LANSING        UNSECURED          NOT FILED           .00             .00
MCSI                      UNSECURED            1521.72           .00         1521.72
FORD MOTOR CREDIT         UNSECURED            7761.23           .00         7761.23
HEIGHTS AUTO WORKERS CU   UNSECURED            4823.93           .00         4823.93
ILLINOIS DEPT OF HUMAN S  UNSECURED            2153.00           .00         2153.00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY        NOT FILED           .00             .00
WEST BEND MUTUAL INS CO   UNSECURED            2897.91           .00         2897.91
OBERWISE DAIRY            UNSECURED          NOT FILED           .00             .00
MUNSTER RADIOLOGY GROUP   UNSECURED             154.00           .00          154.00
PATIENTS 1ST ER MEDICAL   UNSECURED             180.00           .00          180.00
HAMMOND CLINIC            UNSECURED             124.56           .00          124.56
UAW FORD LEGAL SERVICE P  DEBTOR ATTY             .00                            .00
TOM VAUGHN                TRUSTEE                                            4,193.71
DEBTOR REFUND             REFUND                                             1,412.83

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  67,943.29

PRIORITY                                               .00
SECURED                                          42,720.40
UNSECURED                                        19,616.35
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                              4,193.71
DEBTOR REFUND                                     1,412.83
                        ---------------       ---------------
TOTALS                   67,943.29               67,943.29

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 54218 PAMELA LYNN DILLMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/10/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 54218 PAMELA LYNN DILLMAN